Venessa J. Bragg, Esq., #025948
**ELARDO, BRAGG, ROSSI & PALUMBO, P.C.**
3001 East Camelback Road, Suite 130
Phoenix, Arizona 85016
(602) 889-0272   File No.: 100-001
Minute Entries: court@ebarlaw.com
Attorney E-mail: vbragg@ebarlaw.com

L. Kathleen Chaney, Esq., CO #29358
**LAMBDIN & CHANEY, LLP**
4949 South Syracuse Street, Suite 600
Denver, Colorado 80237
(303) 799-8889
Minute Entries: rbelich@lclaw.net kchaney@lclaw.net
Attorney E-mail: kchaney@lclaw.net

Kirsten Soto, Esq.
**SELMAN BREITMAN LLP**
11766 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
(310) 445-0800
Minute Entries – MNanas@selmanlaw.com
Attorney E-mail: ksoto@selmanlaw.com

*Attorneys for Defendant Westfield Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Santan Crossing Professional Plaza Condominium Association, an Arizona Non-Profit Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>Westfield Insurance Company; and Does 1 through 50,<br><br>          Defendant. | Case No.  2:20-cv-00792-PHX-SPL<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES**<br><br>(Maricopa County Superior Court Case No. CV2020-004257 |

1

The parties, by and through counsel undersigned, hereby provide notice to this Court that this matter has settled in full. The parties anticipate filing a stipulation for dismissal with prejudice within the next 30 days. In the interim, the parties request an order from this Court vacating all deadlines, status conferences, etc.

Dated this __4th__ day of February, 2021.

By s/Venessa J. Bragg
Venessa J. Bragg, Esq.
L. Kathleen Chaney, Esq.
Kirsten Soto, Esq.
*Attorneys for Defendant Westfield Insurance Company*

By s/Scott A. Booth *w/permission*
Scott A. Booth
Timothy S. Menter
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, I electronically transmitted the Joint Notice of Settlement and Request to Vacate Deadlines to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Scott A. Booth
**KASDAN TURNER THOMSON BOOTH, LLP**
3200 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
E-mail: kasdancourt@kasdancdlaw.com

Timothy S. Menter
**MENTER & WITKIN, LLP**
19800 MacArthur Boulevard, Suite 300
Irvine, California 92612
Email: tmenter@menterwitkinlaw.com
*Attorneys for Plaintiff*

s/K. Edmondson